**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 23-40834-MXM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | UNITED HOME SOLUTIONS GROUP, LLC | Date Filed (f) or Converted (c): | 03/24/2023 (f) |
| For the Period Ending: | 4/2/2024 | §341(a) Meeting Date: | 04/19/2023 |
| | | Claims Bar Date: | 10/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1　JPMorgan Chase Bank, N.A. Checking 6632 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**　Property of estate.　The bank account was overdrawn.　Of inconsequential value to the estate. | | | | | |
| 2　JPMorgan Chase Bank, N.A. Checking 6307 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**　Property of estate.　Of inconsequential value to the estate. | | | | | |
| 3　Bank of America Checking 9024 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**　Property of estate.　The bank account was overdrawn.　Of inconsequential value to the estate. | | | | | |
| 4　90 days old or less: 22819.19 - 0.00 | $22,819.19 | $22,819.19 | | $0.00 | FA |
| **Asset Notes:**　Property of estate.　The A/R is not collectible because there are offsets against it for more than the balance owed. Of inconsequential value to the estate. | | | | | |
| 5　2021 Dodge Ram Promaster City Van - White $24,600.00 Comparable sale | $24,600.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**　Property of estate.　The value of the asset and the debt owed against the asset, make the asset of inconsequential value to the bankruptcy estate. Asset was abandoned by order of Bankruptcy Court entered on 7/24/2023 [ECF No. 26]. | | | | | |
| 6　Promissory Note from Kairos Energy Solutions, LLC, in the amount of $75,683.35. | $75,683.35 | $1,750.00 | | $1,750.00 | FA |
| **Asset Notes:**　Property of estate.　The rest of the funds to be paid under the promissory note are encumbered by liens of secured creditors. | | | | | |
| 7　Preference/Fraudulent Transfer claim against Sunrgy I LLC d/b/a Sunrgy Solar Distribution (u) | $0.00 | $4,475.40 | | $4,475.40 | FA |
| **Asset Notes:**　Claim against Sunrgy I LLC d/b/a Sunrgy Solar Distribution was settled and compromised by order of Bankruptcy Court entered on 10/6/2023 [ECF No. 35]. | | | | | |
| 8　Preference/Fraudulent Transfer claim against Associated Materials (u) | $0.00 | $13,000.00 | | $13,000.00 | FA |
| **Asset Notes:**　Claim against Associated Materials was settled and compromised by order of Bankruptcy Court entered on 10/6/2023 [ECF No. 34]. | | | | | |
| 9　Claim against Gorman Mechanical, Inc., Angela Mushegan, Larry J. Mushegan and L. Michael Mushegan. (u) | $0.00 | $27,317.00 | | $0.00 | $16,500.00 |
| **Asset Notes:**　Claim against Gorman Mechanical, Inc.　Adversary Proceeding 23-04094 filed on 12/4/2023.　The value assigned to the Bankruptcy Estate's interest in this asset is strictly for the purpose of satisfying the United States Trustee's internal rules and requirements.　The value assigned is not intended in any way to be binding on the Bankruptcy Trustee or the Bankruptcy Estate as a true value. | | | | | |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　　　　　　　　　　$123,102.54　　　　　$69,361.59　　　　　　　　　　$19,225.40　　　　　　　　　　$16,500.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 23-40834-MXM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | UNITED HOME SOLUTIONS GROUP, LLC | Date Filed (f) or Converted (c): | 03/24/2023 (f) |
| For the Period Ending: | 4/2/2024 | §341(a) Meeting Date: | 04/19/2023 |
| | | Claims Bar Date: | 10/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/15/2024 | Trustee and Gorman Mechanical, Inc., reached a settlement and will be filing a motion to compromise and settle all disputes between them. |
| 01/10/2024 | Trustee will retain accountant to prepare estate tax return. |
| 10/06/2023 | Settlement agreement with Associated Materials LLC dba Alside, and Sunrgy I LLC dba Sunrgy Solar Distribution were approved by the Bankruptcy Court. |
| 09/08/2023 | Trustee and Associated Materials LLC dba Alside have reached a settlement and will be filing a motion to compromise and settle all disputes between them. |
| 07/25/2023 | Order approving Trustee abandoning personal property was entered. |
| 07/17/2023 | Trustee through counsel is in negotiations with Sunrgy I LLC dba Sunrgy Solar Distribution on a potential avoidance claim. |
| 07/07/2023 | Trustee has determined this case to be an asset case |

Initial Projected Date Of Final Report (TFR): 09/30/2025    Current Projected Date Of Final Report (TFR): 09/30/2025

/s/ BEHROOZ P. VIDA
BEHROOZ P. VIDA